IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| HEATHER P. HOWARD, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-035 |
| LIFE LINE HOME CARE SERVICES, INC., | * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 14.) Plaintiff and Defendant signed the voluntary dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA